974

No. 74–732.   Dye et al. v. United States.   C. A. 6th Cir.   Certiorari denied.

No. 74–771.   Heckethorn Manufacturing Co. v. National Labor Relations Board.   C. A. 6th Cir. Certiorari denied.

No. 74–822.   Southland Corp. v. National Labor Relations Board.   C. A. 5th Cir.   Certiorari denied.

No. 74–856.   Chester Housing Authority v. Pennsylvania Human Relations Commission.   Sup. Ct. Pa. Certiorari denied.

No. 74–860.   Burtchett v. Montana.   Sup. Ct. Mont.   Certiorari denied.

No. 74–866.   Dean v. Mississippi.   Sup. Ct. Miss. Certiorari denied.

No. 74–868.   Sugarman v. Maryland State Bar Assn., Inc.   Ct. App. Md.   Certiorari denied.

No. 74–880.   Palomares v. Workmen's Compensation Appeals Board of California et al.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 74–888.   Raley v. League to Save Lake Tahoe et al.   C. A. 9th Cir.   Certiorari denied.

No. 74–892.   Skil Corp. v. Lucerne Products, Inc. C. A. 7th Cir.   Certiorari denied.